```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14744
   LAWRENCE E SMITH SR
   MISTY D SMITH                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7000    SSN XXX-XX-2633
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/09/08 and confirmed on 08/28/08.

2. The case was dismissed after confirmation, 11/21/2008.

3. The Debtor paid a total of $   716.16 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10374.44 | .00 | 641.97 |
| HERITAGE ACCEPTANCE CORP | UNSECURED | 144.76 | .00 | .00 |
| NCS CORP | SECURED VEHIC | 4545.61 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 300.00 | .00 | 30.00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DERMATOLOGY LIMITED | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PLANTATION BILLING CENTE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | NOT FILED | .00 | .00 |
| SHOREWOOD MUNICIPAL UTIL | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY MEDICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15220.05 | .00 | 144.76 | .00 | 15364.81 |
| PRINCIPAL PAID | 671.97 | .00 | .00 | .00 | 671.97 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 671.97 | .00 | .00 | .00 | 671.97 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00 and was paid $     100.00  direct and $       2.66   through the plan.

The Trustee received $      41.53 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/10/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 14744 LAWRENCE E SMITH SR & MISTY D SMITH